## CERTIFICATION
## MLBR 9013-1 (g) (1)(C)

I, Constance A. Browne, counsel for the movant Griselda Canton have made a good faith effort to advise all affected parties of the substance of the motion for relief and the request for emergency determination, prior to filing the motion for emergency hearing and more specifically I certify that I did on Thursday, November 10, 2016 and again on Monday, November 14, 2016 discuss the above motion and its filing with the debtors' counsel, Gary W. Cruickshank, Esq., 21 Custom House Street, Suite 920, Boston, MA 02110.

Signed this the 14th day of November 2016

_Constance A. Browne_
Constance A. Browne