UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BANKRUPTCY DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| KEITH P. MARTIN | ) | Case No. 16-14269-MSH |
| DEANA M. MARTIN | ) | |
| Debtors | ) | |

## ORDER AND NOTICE FIXING DEADLINE FOR FILING PROOFS OF CLAIM IN CHAPTER 11 CASES

This matter having come before the Court on the Motion for an Order Fixing Deadline for Filing Proofs of Claim (the "Motion"), and good cause having been shown, it is hereby,

ORDERED, ADJUDGED and DECREED:

1. Except as provided in paragraphs 2 or 3 below, any individual or entity asserting a claim against the estate of the Debtors must file a proof of claim with the Clerk's Office, United States Bankruptcy Court for the District of Massachusetts, John W. McCormack Post Office and Courthouse, 5 Post Office Square, Suite 1150, Boston MA 02109-3945, on or before 4:00 P.M. on January 31, 2017 (the "Bar Date"). A proof of claim shall not be deemed filed until it is actually received and time stamped by the Clerk of the United States Bankruptcy Court at the above address.

2. No proof of claim shall be required with respect to any claim listed as liquidated, undisputed and not contingent in the Debtors Schedules of Liabilities filed with this Court on December 1, 2016, provided, however, that no such claim may be allowed in an amount exceeding the amount as listed unless a proof of claim for a higher amount is filed.

3. Any individual or entity asserting a claim of the type described in 11 U.S.C. § 502(b), (h) or (i) shall file a proof of claim with the Clerk's Office, United States Bankruptcy Court for the District of Massachusetts, at the address specified above by the Bar Date or, if later, the 30th day after (a) in the case of the claim of the type described in 11 U.S.C. § 502(g), entry of an Order of this Court approving the rejection of the executory contract or unexpired lease giving rise to such claim; (b) in the case of a claim of a type described in 11 U.S.C. § 502(h), entry of an Order or Judgment avoiding such transfer; or (c) in the case of a claim of the type described in 11 U.S.C. § 502(i), the date such type of claim arises.

4. Any claim against the Debtors for which a proof of claim is required, but is not timely filed under the terms of this Order, shall be forever disallowed and barred as a claim against the Debtors whether for the purposes of voting, sharing in any distribution, or in any other way participating as a party in interest in this proceeding.

5. Counsel to the Debtors shall serve a copy of this Order upon all creditors listed in the Schedules, and all parties who filed or entered their appearance in this case, within fourteen (14) days after the entry of this Order. Service of this Order shall constitute effective notice of the Bar Date. Counsel to the Debtors shall promptly thereafter file a certificate of service with this Court.

Entered at Boston, Massachusetts, this  1st   day of  December        , 2016.

_____
Melvin S. Hoffman, Bankruptcy Judge