B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
Eastern District of Massachusetts

In re **Keith P. Martin**,      Case No. **16-14269-MSH**
    **Deana M. Martin**
    Debtor      Chapter 11

Amended **PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] <u>HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST</u>**

    This is the report as of **11/7/16** on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| d/b/a Wildflour Events | 100% | N/A |
|  |  |  |
|  |  |  |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

    Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

    **THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.**

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.                                                                                          2

Date: 12/13/16

_____
Signature of Authorized Individual

_____
Name of Authorized Individual

_____
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

_____
Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor

B26 (Official Form 26) (12/08) – Cont.                                                                                    3

**Exhibit A**
**Valuation Estimate for [Name of Entity]**

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

This entity has no physical assets. As of November 7, 2016, the entity has a bank account at TD Bank with a balance of approximately $5,000.00.

Debts of the entity as of November 7, 2016 were minimal.

B26 (Official Form 26) (12/08) – Cont.                                    4

**Exhibit B**
**Financial Statements for [Insert Name of Entity]**

See attached profit and loss statement.

# Wildflour Events
## Profit and Loss
1/1/2016 thru 10/30/2016

|  | Total |
|---|---|
| **Income** | |
| Gross Receipts | 357,414.00 |
| | |
| **Cost of Goods Sold** | 136592.91 |
| | |
| **Gross Profit** | $ 220,821.09 |
| | |
| **Expenses** | |
| Supplies | 3,930.62 |
| Marketing | 883.28 |
| Transportation | 5,918.01 |
| Legal | 12,125.00 |
| Equipment Repairs | 1,656.16 |
| Rent | 15,000.00 |
| Utilities | 10,556.66 |
| Telephone | 4,946.39 |
| Computer | 1,148.27 |
| Subcontractors | 9,981.11 |
| | |
| **Total Expenses** | $ 66,145.50 |
| | |
| **Profit/(Loss)** | $ 154,675.59 |

B26 (Official Form 26) (12/08) – Cont.                                                                   5

**Exhibit B-1**
**Balance Sheet for [Name of Entity]** Wildflour Events
As of [date]   November 7, 2016

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

~~The entity does not maintain a balance sheet.~~

| | |
|---|---|
| Cash on hand | $5,000.00 - approx. |
| Equipment and furniture | $5,000.00 |
| Total Assets: | $10,000.00 |
| Liabilities | Minimal |

B26 (Official Form 26) (12/08) – Cont.                                6

## Exhibit B-2
### Statement of Income (Loss) for [Name of Entity]
Period ending [date]

[Provide a statement of income (loss) for the following periods:

(i) For the initial report:
    a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
    b. the prior fiscal year.
(ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

---

**See attached profit and loss statement.**

# Wildflour Events
## Profit and Loss
1/1/2016 thru 10/30/2016

|  | Total |
|---|---|
| **Income** | |
| Gross Receipts | 357,414.00 |
| | |
| **Cost of Goods Sold** | 136592.91 |
| | |
| **Gross Profit** | $ 220,821.09 |
| | |
| **Expenses** | |
| Supplies | 3,930.62 |
| Marketing | 883.28 |
| Transportation | 5,918.01 |
| Legal | 12,125.00 |
| Equipment Repairs | 1,656.16 |
| Rent | 15,000.00 |
| Utilities | 10,556.66 |
| Telephone | 4,946.39 |
| Computer | 1,148.27 |
| Subcontractors | 9,981.11 |
| | |
| **Total Expenses** | $ 66,145.50 |
| | |
| **Profit/(Loss)** | $ 154,675.59 |

B26 (Official Form 26) (12/08) – Cont.                                                                 7

### Exhibit B-3
### Statement of Cash Flows for [Name of Entity]
For the period ending [date]

[Provide a statement of changes in cash flows for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]


**See attached profit and loss statement.**




Deana Martin:                                              Date: 11/30/16

## Wildflour Events
## Profit and Loss
### 1/1/2016 thru 10/30/2016

|  | Total |
|---|---:|
| **Income** | |
| Gross Receipts | 357,414.00 |
| | |
| **Cost of Goods Sold** | 136592.91 |
| | |
| **Gross Profit** | $ 220,821.09 |
| | |
| **Expenses** | |
| Supplies | 3,930.62 |
| Marketing | 883.28 |
| Transportation | 5,918.01 |
| Legal | 12,125.00 |
| Equipment Repairs | 1,656.16 |
| Rent | 15,000.00 |
| Utilities | 10,556.66 |
| Telephone | 4,946.39 |
| Computer | 1,148.27 |
| Subcontractors | 9,981.11 |
| | |
| **Total Expenses** | $ 66,145.50 |
| | |
| **Profit/(Loss)** | $ 154,675.59 |

B26 (Official Form 26) (12/08) – Cont.          8

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for [Name of Entity]**
period ending [date]

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

**N/A**

B26 (Official Form 26) (12/08) – Cont.                                                            9

## Exhibit C
### Description of Operations for [name of entity]

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.]

The entity provides event planning services to private and corporate clients including site selection services, food, entertainment, furniture and equipment rentals, as well as design and conceptualization. Events range in size from 10 to 1,000 people. Entity also provides custom event favors and giveaways such as candy, manufactured and printed items.