UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BANKRUPTCY DIVISION

|  |  |  |
|---|---|---|
| In Re: | ) | Chapter 11 |
| KEITH P. MARTIN | ) | Case No. 16-14269-MSH |
| DEANA M. MARTIN | ) |  |
| Debtors | ) |  |
|  | ) |  |

## AFFIDAVIT

I, Michael W. Ford, being duly sworn, depose and say:

1. That I am an attorney admitted to practice in the Commonwealth of Massachusetts.

2. I maintain office at 1216 Bennington Street, East Boston, Massachusetts.

3. I do not represent any entity as defined by 11 U.S.C. 101(15) in connection with the above entitled case, except prior to the filing of this case, I represented the Debtors and others in the Complaint as the term is defined in the Motion.

4. I represent that I do not hold or represent any interest adverse to the estate of the above-named Debtors.

5. My connections with the Debtors, creditors or other parties in interest, their respective attorneys and accountants are none except that I was co-counsel to the Debtors and the affiliates in the Complaint.

6. I hereby represent that I have agreed not to share with any person the compensation to be paid for the services rendered in this case.

7. I am a creditor of the Debtors in the amount of $1,386.87.

8. I shall amend this statement immediately upon learning that (A) incorrect or (B) there is any change of circumstances relating thereto.

8. I shall amend this statement immediately upon learning that (A) incorrect or (B) there is any change of circumstances relating thereto.

9. I have reviewed the provisions of M.L.B.R. 2016-1.

Signed under the pains and penalties of perjury this 20th day of ~~November~~ December, 2016.

Michael W Ford