UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BANKRUPTCY DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| KEITH P. MARTIN | ) | Case No. 16-14269-MSH |
| DEANA M. MARTIN | ) | |
| Debtors | ) | |

## AFFIDAVIT

I, Peter B Morin, being duly sworn, depose and say:

1. That I am an attorney admitted to practice in the Commonwealth of Massachusetts.

2. I serve in an "of counsel" capacity at the office of Ford Law, P.C., 1216 Bennington Street, East Boston, Massachusetts.

3. I do not represent any entity as defined by 11 U.S.C. 101(15) in connection with the above entitled case, except prior to the filing of this case, I represented the Debtors and affiliated companies in the Complaint as the term is defined in the Motion..

4. I represent that I do not hold or represent any interest adverse to the estate of the above-named Debtors.

5. My connections with the Debtors, creditors or other parties in interest, their respective attorneys and accountants are none except that I was co-counsel to the Debtors and the affiliates in the Complaint.

6. I hereby represent that I have agreed not to share with any person the compensation to be paid for the services rendered in this case.

7. I shall amend this statement immediately upon learning that (A) incorrect or (B) there is any change of circumstances relating thereto.

8. I have reviewed the provisions of M.L.B.R. 2016-1.

Signed under the pains and penalties of perjury this 30th day of November, 2016.

_____
Peter B. Morin, Esq.
Ford Law Office
1216 Bennington Street
E. Boston MA 02128
BBO# 355155